UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN T. ROUGEAU | CIVIL ACTION NO. 03-1889-A |
| -vs- | JUDGE DRELL |
| LILLIE MAE EVANS, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Ruling accompanying this Judgment,

(1) the Motion to Dismiss filed by Capstar TX Limited Partnership and Clear Channel Communications, Inc. (Doc. 79) is hereby DENIED;

(2) the Motion to Dismiss filed by Thomas Searcy (Doc. 81) is hereby GRANTED and all claims brought by Plaintiff against Mr. Searcy for the events occurring on October 13, 2002 are DISMISSED WITH PREJUDICE;

(3) the Motion for Summary Judgment filed by Capstar TX Limited Partnership and Clear Channel Communications, Inc. (Doc. 84) is hereby GRANTED and all claims brought by Plaintiff against the moving Defendants for events occurring on July 4, 2003 and July 4, 2004 are DISMISSED WITH PREJUDICE;

(4) the Motion for Summary Judgment filed by the City of Alexandria, St. Paul Fire & Marine Insurance Co., John Parker, Lillie Mae Evans and Paul Rutledge (Doc. 89) is hereby GRANTED and all claims brought by Plaintiff against these defendants for events occurring on October 13, 2002 are DISMISSED WITH PREJUDICE;

(5) the Motion to Dismiss filed by Rodney Feazell (Doc. 92) is hereby GRANTED and all claims brought by Plaintiff against Officer Feazell for events occurring on July 4, 2004 are DISMISSED WITH PREJUDICE; and

(6) the Motion for Partial Summary Judgment filed by the City of Alexandria, St. Paul Fire & Marine Insurance Co., Carla Whitstine, Paul Rutledge, Chris Ryder and Richard Lofton (Doc. 99) is hereby GRANTED and all claims brought by Plaintiff against these defendants for events occurring on July 4, 2003 and July 4, 2004 are DISMISSED WITH PREJUDICE.

SIGNED on this 25th day of August, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge